## MASTER BINS LEASE AGREEMENT

**THIS MASTER BINS LEASE AGREEMENT** (this "Lease") is entered into as of the 31st day of August, 2013 (the "Effective Date"), by and between WHITEHOUSE & SCHAPIRO, LLC, a Maryland limited liability company with an address at 2800 Quarry Lake Drive, Suite 120, Baltimore, Maryland 21209 ("W&S"), and OHIO MILLS CORP., an Ohio corporation with an address at 1710 East 39th Street, Cleveland, Ohio 44114 ("OM", and jointly with W&S, the "Parties").

### WITNESSETH

**WHEREAS**, the Parties entered into, contemporaneously with this Lease, the Purchase, Supply, and Lease Agreement (the "Main Agreement");

**WHEREAS**, the Main Agreement provides for the Parties also to enter into this Lease, pursuant to which W&S has agreed to lease bins to OM;

**NOW, THEREFORE**, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, and intending to be legally bound hereby, the Parties agree as follows:

1. <u>Bins to be Leased</u>. Subject to the terms and conditions hereof, W&S shall lease to OM, and OM shall lease from W&S, the 170 bins delivered to OM prior to the Effective Date which are referenced in Schedule 1 attached hereto (the "Initial Bins Unit" or "Bins"). Pursuant to the Main Agreement, the Parties anticipate that W&S will lease additional bins to OM ("Additional Bin Units", "Bins Units", or "Bins")). For each Additional Bins Unit leased by W&S to OM, the Parties shall execute an Additional Bins Unit Schedule, in the form of Schedule 2, which shall be consecutively numbered and incorporated herein by reference (collectively, "Schedules"), and all of which shall be subject to the terms and conditions of this Lease.

2. <u>Term of Lease</u>. The term of the lease of the Initial Bins Unit shall commence on ~~September 1, 2013~~ *November 1, 2013* and shall continue for a period of sixty (60) months (the "Initial Bins Unit Lease Term" or "Lease Term"), unless earlier terminated in accordance with the terms hereof. The term of the lease of Additional Bin Units shall be for a period of sixty (60) months, commencing on the first day of the month following the date of delivery of the Additional Bins Units to OM.

3. <u>Delivery of Bins</u>. The Additional Bin Units shall be delivered to OM's place of business, at the address stated above, or to such other location to which both Parties may mutually agree in writing.

45650/0002-9818724v6

4. <u>Lease Payments</u>.

(a) <u>Lease Payment; Purchase Option</u>. During the Lease Term, OM shall pay W&S for the Initial Bins Unit lease a monthly payment in the amount of One Thousand Eight Hundred Thirty-Nine Dollars and Twenty-Three Cents ( $ 1,839.23) per month (the "Initial Bins Unit Lease Payment"), which shall be due and delivered to W&S on the first (1st) day of each month during the Lease Term. OM shall make additional monthly lease payments to W&S for Additional Bin Units in accordance with the terms of the Schedules executed by the Parties pursuant to Paragraph 1 set forth above. At the conclusion of each Lease Term, OM shall have the option to purchase the Bins Unit for which the Lease Term has expired for the fair market value of the Bins Unit. OM agrees to notify W&S of its intent to purchase a Bins Unit within thirty (30) days of the expiration of the Lease Term.

5. <u>Location of Bins</u>. OM agrees that all Bins leased to it by W&S shall be located and maintained in accordance with the terms and conditions of the Main Agreement. OM shall use all Bins Units in the ordinary course of its business to collect Credential Clothing, in accordance with the terms and conditions of the Main Agreement.

6. <u>Net Lease; Disclaimer of Warranties</u>. This Lease is a net lease. All costs, expenses and other liabilities associated with the Bins, including without limitation any property, use and other taxes, shall be borne solely by OM. OM's obligation to make lease payments and all other obligations under this Lease are absolute and unconditional, and not subject to any abatement, deferment, reduction, setoff, defense, counterclaim or recoupment for any reason whatsoever. This Lease, and OM's payment obligations hereunder, shall not terminate upon any termination of the Main Agreement or any other reason until fully paid, nor shall the obligations of OM be affected, by reason of any defect or damage to, or any destruction, loss, theft, forfeiture, governmental requisition or obsolescence of the Bins regardless of cause. W&S shall not be liable to OM for, nor shall OM's obligations under this Lease be affected by, any loss, claim, liability, cost, damage or expense of any kind caused, or alleged to be caused, directly or indirectly, by the Bins, or by any inadequacy of the Bins for any purpose, or by any defect in, the use or maintenance of, any repairs, servicing or adjustments of, or any interruption or loss of service or use of, the Bins, or any loss of business, profits, consequential or other damage of any nature. W&S is not the manufacturer or designer of the Bins and hereby disclaims any and all warranties, express or implied, with respect to the Bins, including without limitation warranties of merchantability and fitness for a particular purpose. OM hereby accepts the Bins"as is, where is, with all faults. W&S shall be deemed to have fully performed its obligations under this Lease at the time each Bins Unit is delivered to OM.

7. <u>Use and Maintenance</u>. OM shall use, operate, protect and maintain the Bins Units in good operating order, repair, condition and appearance, and in compliance with all applicable laws, ordinances, rules and regulations.

- 2 -

45650/0002-9818724v6

8. <u>Loss and Damage</u>. OM assumes all risk of, and shall promptly notify W&S of any occurrence of, any damage to or loss, theft, confiscation or destruction of (together a "Casualty") all or a portion of the Bins Units from any cause whatsoever from the Effective Date and though the Lease Term. If any portion of the Equipment suffers a Casualty, OM shall, if the Casualty is damage which is reparable (in the judgment of W&S), at its own expense promptly place the same in good repair, condition or working order.

9. <u>Insurance</u>. From and after the Effective Date, OM, at its own expense, shall keep the Bins Units insured against all risks. for the value of the Bins Units. All such insurance shall specify W&S and OM as insureds and shall provide that such insurance may not be canceled as to W&S or altered in any way that would affect the interest of W&S without at least thirty (30) days prior written notice to W&S. Upon execution hereof, OM shall furnish W&S with a Certificate of Insurance naming W&S as an additional insured and loss payee.

10. <u>Indemnity</u>.

(a) OM shall indemnify W&S, its successors and assigns and their respective officers, directors, employees, agents and affiliates (collectively, "Indemnified Persons") against all claims, liabilities, losses and expenses whatsoever (except those directly and primarily caused by the Indemnified Person's gross negligence or willful misconduct), including reasonable attorneys' fees, in any way relating to or arising out of this Lease, or the installation, possession, maintenance, use, or disposition of the Bins, regardless of whether such losses are based in negligence, strict liability in tort, environmental liability, statutory liability, infringement or otherwise.

(b) OM shall pay or reimburse W&S on demand for, and indemnify and hold harmless W&S from, all taxes, assessments, fees and other governmental charges paid or required to be paid by W&S or OM in any way arising out of or related to the Bins, before, during or after the Effective Date and Lease Term, including Federal, state, county and municipal fees, taxes, assessments, and property, value-added, sales, use, gross receipts, excise, stamp and documentary taxes, and all related penalties, fines, additions to tax, and interest charges (collectively, "Impositions"), excluding only Federal and state taxes based on W&S's net income. OM shall timely pay any Imposition for which OM is primarily responsible under law and any other Imposition not payable or not paid by W&S.

11. <u>OM's Representations and Acknowledgements</u>. OM represents, warrants and agrees that it has duly authorized the execution, delivery and performance of this Lease and all other documents contemplated hereby, which are, or upon signing, will be, binding on OM and do not contravene any other instrument or agreement to which OM is a party, and W&S has and shall at all times continue to have title to and ownership of the Bins, subject to OM's purchase option as set forth in Paragraph 4(a) above.

- 3 -

45650/0002-9818724v6

12. <u>Personal Property</u>. OM shall not use the Bins as security or collateral for any borrowings or otherwise. OM shall obtain and record such instruments and take such steps as may be necessary to prevent any person from acquiring any right or lien in or on the Bins, and to ensure W&S's right of access to the Bins. OM hereby authorizes W&S to file a UCC-1 Financing Statement and any continuations or amendments thereto giving notice of this lease arrangement between the Parties.

13. <u>Default and Remedies</u>.

(a) Each of the following is an "Event of Default" hereunder: (i) OM fails to pay within thirty (30) days of the date when any Lease payment is due; (ii) OM breaches any other covenant or obligations set forth in this Lease, and fails to cure any such breach within thirty (30) days' written notice from W&S; (iii) OM breaches any of the covenants or obligations it has under the Main Agreement, and fails to cure any such breach within thirty(30) days's written notice from W&S; (iv) Lessee undertakes any general assignment for the benefit of creditors or commences or becomes the subject of any voluntary or involuntary case or proceeding for relief under the Bankruptcy Code, or any other law for the relief of debtors, or takes any action to authorize or implement any of the foregoing.

(b) Upon the occurrence of an Event of Default, in addition to all other rights and remedies provided herein or under law, all of which rights and remedies are cumulative and not exclusive, W&S may, at its election in its sole discretion, proceed with or without court action to enforce performance by OM of the applicable covenants under this Agreement, whereupon (i) OM's right to retain possession and use of the Bins shall cease, (ii) all amounts due under this Leaseshall be immediately due and payable and (iii) W&S may repossess the Bins from wherever they are located, including OM's premises.

14. <u>Miscellaneous</u>.

(a) OM hereby irrevocably appoints W&S as OM's agent and attorney-in-fact for OM, coupled with an interest, to execute, deliver, file or record any such item, and to enforce claims relating to the Bins against insurers and other persons, and to make, adjust, compromise, settle, and receive payment under such claims, without any obligation to do so.

(b) This Lease and the Schedules hereto (including those to be added after the execution of this Lease), with the Main Agreement, constitute the entire agreement between the Parties with respect to the leasing of the Bins. Any amendment to such documents must be made in writing and signed by the Parties.

(c) This Agreement and any amendments hereto, may be executed in one or more counterparts, each of which shall be deemed an original, and all of which

- 4 -

45650/0002-9818724v6

together shall be considered one and the same document. Copies of a signature by facsimile or electronic mail shall be given the same force and effect as an original and shall be binding upon the Parties.

(d) All notices, requests, demands and other communications hereunder shall be in writing and shall be deemed to have been duly given if: (a) personally delivered, (b) sent by certified mail, return receipt requested, (c) sent by reliable overnight courier (i.e., Fed Ex) to the Parties, or (d) sent by e-mail at the addresses set forth on Page 1 of this Agreement or to such other addresses that shall be given in writing by any Party hereto to the others.

(e) This Agreement shall be construed (both as to validity and performance) and enforced in accordance with and governed by the laws of the State of Maryland. The Parties hereto consent to personal jurisdiction of the federal and state courts in Maryland.

(f) **The Parties jointly waive trial by jury in any actions, proceedings or counterclaims brought by any of them regarding any matters arising out of this Lease or the Main Agreement, or any other document executed in connection herewith.**

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

45650/0002-9818724v6

**IN WITNESS WHEREOF**, the undersigned have executed this Lease as of the day and year first written above.

WITNESS:  WHITEHOUSE & SCHAPIRO, LLC

By: _____ (SEAL)
William K. Schapiro, President

WITNESS: /s/ Nadra Sherman  OHIO MILLS CORP.

By: _____ 9-19-13 (SEAL)
Ronald Katz, President

- 6 -

45650/0002-9818724v6

## SCHEDULE NO. [ ]

### For Lease of Additional Bins Units

The bins described below are hereby leased by **WHITEHOUSE & SCHAPIRO, LLC**, a Maryland limited liability company, 2800 Quarry Lake Drive, Suite 120, Baltimore, Maryland 21209 ("W&S"), to **OHIO MILLS CORP.**, an Ohio corporation, 1710 East 39th Street, Cleveland, Ohio 44114 ("OM"), under and pursuant to the terms and conditions of the Master Bins Lease Agreement dated August 31, 2013 between the parties (the "Lease").

**Description of Bins Leased under this Schedule:**


**Lease Term:** Five (5) years, commencing on _____, 20\_\_

**Monthly Lease Payment:** $ _____

**Purchase Option at End of Lease Term:** The Fair Market Value upon the expiration of the Lease Term.

**Additional Terms, If Any:**

**Dated:** _____

WITNESS:                                WHITEHOUSE & SCHAPIRO, LLC

_____        By: _____ (SEAL)
                                             William K. Schapiro, President

                                        OHIO MILLS CORP.
                                        By: _____ (SEAL)     9-18-13
                                             Ronald Katz, President

45650/0002-9818724v6

## SCHEDULE NO. 2

For Lease of Additional Bins Units

The bins described below are hereby leased by **WHITEHOUSE & SCHAPIRO, LLC**, a Maryland limited liability company, 2800 Quarry Lake Drive, Suite 120, Baltimore, Maryland 21209 ("W&S"), to **OHIO MILLS CORP.**, an Ohio corporation, 1710 East 39th Street, Cleveland, Ohio 44114 ("OM"), under and pursuant to the terms and conditions of the Master Bins Lease Agreement dated August 31, 2013 between the parties (the "Lease").

**Description of Bins Leased under this Schedule:**


**Lease Term:**   Five (5) years, commencing on _____, 20\_\_

**Monthly Lease Payment:**   $ _____

**Purchase Option at End of Lease Term:** The Fair Market Value upon the expiration of the Lease Term.

**Additional Terms, If Any:**

**Dated:** _____

WITNESS:                                       WHITEHOUSE & SCHAPIRO, LLC

                                               By: _____(SEAL)
_____                               William K. Schapiro, President

                                               OHIO MILLS CORP.

                                               By: _____(SEAL)
_____                                 Ronald Katz, President

45650/0002-9818724v6